**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KATHY MARZ,

        Plaintiff,

vs.                                                                     Case No. 3:12-cv-239-J-99TJC-JBT

HOSPITAL INPATIENT SERVICES, LLC,

        Defendant.

## **ORDER**

This case is before the Court on the Magistrate Judge's May 16, 2012 Report and Recommendation (Doc. 9) and the parties' Joint Notice of Non-Objection (Doc. 10). Upon independent de novo review, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 9) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Approval of Settlement (Doc. 7) is **GRANTED** to the extent that the Settlement Agreement and Mutual General Release are **APPROVED.**

3. This case is **DISMISSED WITH PREJUDICE**.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 5th day of June, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

counsel of record